UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60720-CIV-ALTONAGA/Seltzer

**DALIA SABBAH**,
on behalf of herself and
others similarly situated,

    Plaintiff,
v.

**WASSERSTEIN, P.A.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Dalia Sabbah's Unopposed Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses [ECF No. 24]. Plaintiff seeks an award of attorneys' fees and reimbursement of litigation expenses for Class Counsel in the amount of $27,500.00. (*See generally id.*). Defendant, Wasserstein, P.A. does not oppose Plaintiff's request. (*See id.* 2). The Court notes the final fairness hearing is scheduled for February 27, 2019. (*See* [ECF No. 22]). The Court has received one objection to the proposed settlement. (*See* [ECF No. 23]). Consequently, it is

**ORDERED AND ADJUDGED** that Plaintiff, Dalia Sabbah's Unopposed Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses **[ECF No. 24]** is **TERMINATED**. Should the Court approve the class action settlement following the February 27 fairness hearing, it will enter an order on the Motion for Award of Attorneys' Fees at that time.

CASE NO. 18-60720-CIV-ALTONAGA/Seltzer

**DONE AND ORDERED** in Miami, Florida, this 30th day of October, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record